LOCKE LORD LLP
MICHAEL F. PERLIS (State Bar No. 095992)
CARY JOY ECONOMOU (State Bar No. 211438)
300 South Grand Avenue
Los Angeles, CA  90071
Telephone: 213-485-1500
Facsimile: 310-485-1200
Email: *MFPerlis@lockelord.com*
         *CEconomou@lockelord.com*

Attorneys for Plaintiff
Evanston Insurance Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO SUNRISE MANAGEMENT COMPANY, a California Corporation,<br><br>Defendant. | CASE NO. '18CV0062 BAS KSC<br><br>**PLAINTIFF EVANSTON INSURANCE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[LOCAL CIVIL RULE 40.2]** |

PLEASE TAKE NOTICE that Plaintiff Evanston Insurance Company ("Evanston" or "Plaintiff") hereby provides this notice, as required by Local Civil Rule 40.2, of any known parties which may have a pecuniary interest in the outcome of the case.

The undersigned, counsel of record for Plaintiff, certifies that Markel Corporation (ticker symbol = MKL), is Plaintiff's ultimate parent company, and is a public company traded on the New York Stock Exchange;

Dated: January 10, 2018  LOCKE LORD LLP

By: */s/ Michael F. Perlis*
　　Michael F. Perlis
　　Cary Joy Economou

　　Attorneys for Plaintiff,
　　EVANSTON INSURANCE COMPANY